

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00636-CV

**IN RE** Rosa **VIDA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

The second motion for extension of time filed by the real parties in interest is GRANTED. **<u>NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES</u>**.

It is so **ORDERED** on October 23rd, 2014.

                                                PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court



---

[1] This proceeding arises out of Cause No. 2012-CVT-000773-D3, styled *Luis and Janeth Moreno, et al. v. Mary Help of Christians School, Institute of the Daughters of Mary Help of Christians Salesian Sisters of St. John Bosco, and Rosa Vida*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Beckie Palomo, presiding.